UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| JOSE DANIEL VILLAGOMEZ-DIAZ | ) | |

ORDER

The sentencing hearing in this case, currently set for December 10, 2012, is CONTINUED until February 11, 2013, at 3:00 p.m. for the reasons stated in Docket No. 453.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE